# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 7:19-CR-00005 |
| v. ) | |
| ) | |
| DANIEL JAMES MYERS, ) | By:   Michael F. Urbanski |
| Defendant. ) | Chief United States District Judge |

## ORDER

As set forth in the accompanying memorandum opinion, the court **DENIES** Daniel James Myers's motions for compassionate release, ECF Nos. 299, 312, 318. The clerk is directed to provide notice of this order to all counsel of record.

It is so **ORDERED**.

Entered:   February 18, 2021

*/s/ Michael F. Urbanski*
Michael F. Urbanski
Chief U.S. District Judge
2021.02.18 16:53:33 -05'00'

Michael F. Urbanski
Chief United States District Judge